IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01894-MEH

HOWARD COHAN,

    Plaintiff,

v.

POOL IV FINANCE, LLC

    Defendant.

---

### ORDER CLOSING CASE
---

    Before the Court is Plaintiff's Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) With Prejudice [filed November 11, 2019; ECF 13]. The Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 12th day of November, 2019.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge